# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3168
LT Case No. 2008-CF-010573-C

_____

RAYDEL ALVAREZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Brevard County.
Robert Segal, Judge.

Raydel Alvarez, Century, pro se.

No Appearance for Appellee.


January 2, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____